IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:  CASE NUM. 16-07503-BKT

**ROBERTO C. ELIAS URBINA**  CHAPTER 13

DEBTOR(S)

-------------------------------------------------------------------------------------------------

## AMENDED CHAPTER 13 PLAN

**TO THE HONORABLE COURT:**

Come(s) Now Debtor(s), represented by the undersigned attorney, and represents as follows:

1-The debtor(s) inform(s) of the amended chapter 13 plan pursuant to Rule 1009, and the amendment is to **delete real property disclosed and provide no distribution to creditor First Bank mortgage.** See attached plan and/or document for details.

**WHEREFORE** applicant(s) pray(s) from this Honorable Court to take notice of the amended chapter 13 plan.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to the trustee in this case and all other CM/ECF participants and have mailed to all creditors and parties in interest as per the master address list upon knowing they are non CM/ECF participants.

**RESPECTFULLY SUBMITTED.**
In San Juan, Puerto Rico, October 29, 2016

HECTOR VELAZQUEZ LAW FIRM
PO Box 360847
San Juan, P.R. 00936-0847
Tel:(787) 296-4595
Fax: (787) 296-9116

*/S/ Hector Velazquez Hernandez*
Hector Velazquez Hernandez
USDCPR 208313
velazquezlawpr@gmail.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re: **ELIAS URBINA, ROBERTO**          Case No. **3:16-bk-7503**

## CHAPTER 13 PAYMENT PLAN

**NOTICE:** • The following plan contains provisions which may significantly affect your rights. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing, filed with the Court and served upon the debtor(s), debtors' counsel, the trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. • For post confirmation Plan Modifications, objections must be filed and notified in the same manner within **21** ) days from its notifications. • A proof of claim must be filed by or on behalf of each creditor, including secured creditors, in order to for the creditor to be eligible to be paid by the trustee. The Trustee will pay the allowed claims, as filed, provided for in the plan unless ordered by the Court. See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution. •

1. Future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee. The Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE SEQUENCE.
☐ 3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

**PLAN DATED: 10/29/2016**                          ☐ **AMENDED PLAN DATED:**
☒ PRE- ☐ POST-CONFIRMATION                    FILED BY ☒ DEBTOR ☐ TRUSTEE ☐ UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

| | | | |
|---|---|---|---|
| $150.00 | x | 15 = | $2,250.00 |
| $180.00 | x | 36 = | $6,480.00 |
| $242.00 | x | 9 = | $2,178.00 |
| | x | = | |
| | x | = | |
| | x | = | |
| TOTAL = | | 60 | $10,908.00 |

Additional payments:
$0.00 to be paid as described here:

☐ Sale of property identified as follows:
N/A

☐ Other: N/A

Periodic Payments to be made other than and in addition to the above: (None)

**PLAN BASE:** $10,908

### II. ATTORNEY'S FEES
(Treated as § 507 Priorities)
I. To be paid before any other creditor and concurrently with the Trustee's fee unless otherwise provided.

a. Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: **$3,000.00**
b. Additional fees: **$0.00**
c. Adjusted balance: **$3,000.00**

### SIGNATURES

/s/ ROBERTO CARLOS ELIAS URBINA
DEBTOR

/s/
JOINT DEBTOR

### III. DISBURSEMENT SCHEDULE SEQUENCE

**A. SECURED CLAIMS AND UNEXPIRED LEASES:**
☒ Debtor represents that there are no secured claims or unexpired leases.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:

[1] **ADEQUATE PROTECTION** PAYMENT: (None)

[2] Trustee pays secured **ARREARS**:

[3] Trustee pays **IN FULL** Secured Claim(s)

[4] Trustee pays **VALUE OF COLLATERAL:**

☐ Secured creditor(s)' interest will be insured and insurance policy paid through plan: N/A
☐ Debtor SURRENDERS COLLATERAL TO Lien Holder: N/A
☐ Debtor Otherwise will maintain regular payments directly to: N/A

**B. PRIORITIES.** The Trustee shall pay priorities in accordance with the law [11 U.S.C. § 507 and § 1322(a)(2)]

[5] DEPARTAMENTO DE HACIENDA DE PR ($1,609.00)

**C. UNSECURED PREFERRED:** Plan ☐ Classifies  ☒ Does not Classify Claims

[6] Class A: ☐ Co-debtor Claims / ☐ Paid 100%: ☐ "Pay Ahead"
[7] Class B: ☐ Other Class: N/A

**D. GEN. UNSECURED NOT PREFERRED** will receive Pro-Rata Disbursements.

OTHER PROVISIONS:
See attached list

**ATTORNEY FOR DEBTOR:** Hector Velazquez Hernandez          Phone: 787-296-4595

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

# ATTACHMENT TO CHAPTER 13 PLAN
## NON-STANDARD PROVISIONS

1. TRUSTEE WILL NOT MAKE DISBURSEMENTS TO FIRST BANK MORTGAGE SINCE DEBTOR HAS NO INTEREST IN REAL ESTATE PROPERTY. TAX REFUNDS, IF ANY, WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO THE PLAN FUNDING UNTIL PLAN COMPLETION. THE TENDER OF SUCH PAYMENTS WILL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, INCREASING THE BASE THEREBY WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. IF NEED TO FOR THE USE OF BY DEBTOR OF SUCH REFUND, DEBTOR SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE OF THESE FUNDS.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

```
ALLIEDINTERSTATE
PO BOX 361445
COLUMBUS , OH   43236

COOP A/C   LA PUERTORRIQUENA
BOX 20645
SAN JUAN, PR   00928

DEPARTAMENTO DE HACIENDA DE PR
PO BOX 9024140
BANKRUPTCY SECTION OFFICE 424
SAN JUAN, PR   00902

DEPARTMENT OF JUSTICE OF PR
PO BOX 9020192
FEDERAL LITIGATION DIVISION
SAN JUAN, PR   00902-0192

FIRST BANK
PO BOX 9146
BANKRUPTCY DIVISION
SAN JUAN, PR   00908-0146

JC PENNEY
PO BOX 103104
BANKRUPTCY DEPARTMENT
ROSWELL, GA   30076

MILITARY STAR
3911 WALTON WAKER
DALLAS, TX   75266

ORIENTAL BANK AND TRUST
PO BOX 364745
CENTRALIZED COLLECTION UNIT BANKRUPTCY
SAN JUAN, PR   00936-4745

PEP BOYS - GE MONEY BANK
PO BOX 103106
BANKRUPTCY DEPARTMENT
ROSWELL, GA   30076

SYNCHRONY BANK
PO BOX 965060
BANKRUPTCY DEPT
ORLANDO, FL   32896
```